UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.:  8:11-cv-1427-T-30MAP

KENDRICK E. DULDULAO,

    Plaintiff,

vs.

THE LAUGHING CAT, INC., a Florida corporation
d/b/a THE LAUGHING CAT, and FOCACCIA MIA
MANAGEMENT, INC., a Florida corporation,

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT FOCACCIA MIA MANAGEMENT, INC.

IT IS HEREBY STIPULATED AND AGREED by the Plaintiff, **KENDRICK E. DULDULAO**, pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, that this instant action be dismissed with prejudice as to Defendant FOCACCIA MIA MANAGEMENT, INC., a Florida corporation.  All parties shall bear their own attorneys fees, costs and agree not to file any additional motions in this matter as to Defendant FOCACCIA MIA MANAGEMENT, INC.

Dated this 14 day of February, 2012.

Respectfully submitted,

By: s/ B. Bradley Weitz_____
   B. BRADLEY WEITZ, ESQUIRE
   Florida Bar No.: 479365
  **THE WEITZ LAW FIRM, P.A**.
  Bank of America Building
  18305 Biscayne Blvd., Suite 214
  Aventura, Florida 33160
  Telephone: (305) 949-7777
  Facsimile:  (305) 704-3877
  bbw@weitzfirm.com
  Attorney for Plaintiff                     SO ORDERED:

                                                                       _____
                                                           United States District Judge