UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:11-cv-01427-JSM-MAP

KENDRICK E. DULDULAO,

    Plaintiff,

vs.

THE LAUGHING CAT, INC. d/b/a THE
LAUGHING CAT, SOUTHWEST FLORIDA
HOUSING GROUP, LLC and HJGE PROPERTY
GROUP, INC.,

    Defendants.
_____/

This motion/petition/stipulation has been duly considered and is hereby GRANTED, this 3 day of September, 2013.

_____
JAMES S. MOODY, JR.
U.S. DISTRICT JUDGE

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT HJGE PROPERTY GROUP, INC.**

COME NOW, Plaintiff KENDRICK E. DULDULAO and Defendant HJGE PROPERTY GROUP, INC., by and through their respective undersigned counsel, and pursuant to a confidential settlement agreement and the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal of the above-captioned action, *with prejudice,* with regard solely to Defendant HJGE PROPERTY GROUP, INC. Each party shall bear their own attorneys' fees and costs.

Dated: August 29, 2013

Respectfully submitted,

By: s/B. Bradley Weitz
    **B. Bradley Weitz, Esq.**
    Florida Bar No. 479365
    E-mail: bbw@weitzfirm.com
    THE WEITZ LAW FIRM, P.A.
    18305 Biscayne Blvd., Suite 214
    Aventura, FL 33160
    Telephone: (305) 949-7777
    Facsimile: (305) 704-3877
    *Attorney for Plaintiff*

By: s/W. Jan Pietruszka
    **W. Jan Pietruszka, Esq.**
    Florida Bar No. 0188794
    E-mail: jpietruszka@slk-law.com
    SHUMAKER, LOOP & KENDRICK, LLP
    101 East Kennedy Blvd., Suite 2800
    Tampa, FL 33602
    Telephone: (813) 229-7600
    Facsimile: (813) 229-1660
    *Attorney for Defendant HJGE PROPERTY GROUP, INC.*