UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:11-cv-01427-JSM-MAP

KENDRICK E. DULDULAO,

    Plaintiff,

vs.

THE LAUGHING CAT, INC. d/b/a THE
LAUGHING CAT, SOUTHWEST FLORIDA
HOUSING GROUP, LLC and HJGE PROPERTY
GROUP, INC.,

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
## AS TO ALL REMAINING DEFENDANTS

    Plaintiff, KENDRICK E. DULDULAO, pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, as his undersigned counsel has become informed and has confirmed that THE LAUGHING CAT is no longer operating at the Subject Facility address in the Second Amended Complaint [D.E. 48], the Plaintiff hereby voluntarily dismisses all remaining Defendants without prejudice, including defendant The Laughing Cat, Inc.  Dated December 6, 2013.

Respectfully submitted,

By: s/ B. Bradley Weitz, Esq.
    B. Bradley Weitz, Esq.
    Florida Bar No. 479365
    The Weitz Law Firm, P.A.
    18305 Biscayne Blvd., Suite 214
    Aventura, Florida 33160
    Tel.:  (305) 949-7777 Fax: (305) 704-3877

**SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE JAMES S. MOODY, JR.**

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CASE NO.: 8:11-cv-01427-JSM-MAP

KENDRICK E. DULDULAO,

    Plaintiff,

vs.

THE LAUGHING CAT, INC. d/b/a THE
LAUGHING CAT, SOUTHWEST FLORIDA
HOUSING GROUP, LLC and HJGE PROPERTY
GROUP, INC.,

    Defendants.
_____/

**CERTIFICATE OF SERVICE**

I hereby certify that on December 6, 2013, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record, corporations, or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: s/ B. Bradley Weitz, Esq.
    B. Bradley Weitz, Esq.
    Florida Bar No. 479365
    THE WEITZ LAW FIRM, P.A.
    Attorney for Plaintiff
    Bank of America Building
    18305 Biscayne Blvd., Suite 214
    Aventura, Florida 33160
    Telephone: (305) 949-7777
    Facsimile: (305) 704-3877
    Email: bbw@weitzfirm.com

## **SERVICE LIST**

Kendrick E. Duldulao vs. The Laughing Cat, Inc., et al
CASE NO.: 8:11-cv-01427-JSM-MAP
United States District Court, Middle District Of Florida
Tampa Division

**THE LAUGHING CAT, INC.**
REGISTERED AGENT
SPIEGEL & UTRERA, P.A.
1840 SE 22ND ST, 4TH Floor
Miami, Florida 33145
**VIA US MAIL**

**SOUTHWEST FLORIDA**
**HOUSING GROUP, LLC**
REGISTERED AGENT
JEFFREY M. LASMAN
1560 W. CLEVELAND STREET
TAMPA, FLORIDA 33606
**VIA US MAIL**

**W. JAN PIETRUSZKA, ESQ.**
SHUMAKER, LOOP & KENDRICK, LLP
101 East Kennedy Blvd., Suite 2800
Tampa, FL  33602
Telephone:  (813) 229-7600
Facsimile:  (813) 229-1660
E-mail: jpietruszka@slk-law.com
*Attorney for Defendant HJGE PROPERTY GROUP, INC.*
**VIA CM/ECF ELECTRONIC NOTICE**