# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

KENDRICK E. DULDULAO,

    Plaintiff,

v.                                      Case No: 8:11-cv-1427-T-30MAP

THE LAUGHING CAT, INC. and
SOUTHWEST FLORIDA HOUSING
GROUP, LLC,

    Defendants.

## ORDER OF DISMISSAL

    Before the Court is the Plaintiff's Notice of Voluntary Dismissal Without Prejudice as to All Remaining Defendants (Dkt. #66).   Upon review and consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    This cause is dismissed without prejudice as to all remaining Defendants.

    2.    All pending motions are denied as moot.

    3.    The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida, this 9th day of December, 2013.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2011\11-cv-1427 dismiss 66.docx